UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. LUNA,<br><br>　　　　Defendant. | Case No. 24-cv-04436-EKL<br><br>**ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Re: ECF No. 36 |

Pursuant to the parties' stipulation, the Court **GRANTS** the parties' joint request for dismissal of the entire action with prejudice. Fed. R. Civ. Pro. 41(a). Each party will bear its own costs and attorney's fees. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Eumi K. Lee
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge